IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS THOMPSON,

          Plaintiff,

v.

GENON ENERGY SERVICES, LLC, et al.,

          Defendants.

NO. C13-0187 TEH

ORDER VACATING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS

    Plaintiff has filed a motion for remand and Defendants have filed a motion to dismiss, both noticed for hearing on March 4, 2013. To promote judicial economy, the Court will rule on the motion for remand before considering the motion to dismiss. Accordingly, IT IS HEREBY ORDERED that the briefing and hearing schedule on Defendants' motion is VACATED. If this case remains in this Court following consideration of Plaintiff's motion for remand, the Court will set a new briefing and hearing schedule on Defendants' motion at that time.

**IT IS SO ORDERED.**

Dated: 01/31/2013

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT